## PROBABLE CAUSE STATEMENT

1.     I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2023.  I am currently assigned to the Boston Division, Portland, Maine Resident Agency of the FBI. As part of my duties, I investigate crimes involving stalking (including stalking involving interstate travel, interstate communications, and cyberstalking), coercion and enticement of minors, sex trafficking of children, transportation of minors, and interstate threats.  I have received formal and on-the-job training in the investigation of cases involving these crimes.  As a Special Agent, through my training, education, and experience, I have become familiar with the efforts of persons involved in criminal activity to avoid detection by law enforcement, to include matters involving these crimes.  I have worked and consulted with highly experienced law enforcement professionals who are skilled in working cases involving these crimes.  I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques and the application and execution of arrest and search warrants.

3.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit does not set forth all of my knowledge about this matter; it is intended to provide the facts necessary for a determination of probable cause for the requested complaint and arrest warrant.

4.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Joseph Maile has engaged and attempted to engage in sex trafficking of minors in violation 18 U.S.C. § 1591, and engaged and attempted to engage in the enticement of a minor in violation of 18 U.S.C. § 2422(b).

### *Background of Investigation*

5.     On September 19, 2024, I received a complaint from a cooperating witness (CW1) that their family member (V1) had a stalker named "Joe" or "Jojo" that V1 had recently seen driving in the vicinity of V1's residence.  CW1 provided several concerning details regarding "Joe", including that he had threatened to kill V1, threatened to commit "suicide by cop" with V1, and had forced V1 to travel with him across state lines when V1 was 16 years old. CW1 provided me with V1's cellular phone number to attempt an interview with V1 regarding this matter.  CW1 also provided me with a screenshot of "Joe's" Facebook profile, account number 61565000888242.

6.     On September 20, 2024, an FBI Staff Operations Specialist (SOS), based on the Facebook account provided by CW1, identified the alleged stalker of V1 to be Joseph Angelo Maile, date of birth in 1998, primary residential address on Skyway Street in Presque Isle, and an alternate address on Summer Street in Presque Isle, Maine.

7.     Record checks revealed Maile is a Tier I registered sex offender, issued by Maine State Police in 2022 and expiring in 2032. Maile's sex offender registry profile number 11279 displays his name as "Joseph A Maile", with aliases "Joseph Maile" and "Joseph Angelo louis Maile", with the same date of birth in 1998 referenced above.

Maile's primary domicile is listed as the same Summer Street, Presque, Isle, Maine address referenced above.

8.    Further investigation discovered additional details about Maile's prior offenses and apparent flight from prosecution.  On January 03, 2025, I received a Maine State Police investigative report from Detective Tyler Seeley at Presque Isle Police Department detailing events that resulted in Maile being charged with three counts of gross sexual assault (GSA) of a girl he met on Facebook that had turned 15 years old within one month of the first alleged GSA incident. During June and July of 2018, the victim alleged to have been raped on three separate occasions by Joseph Maile, year of birth 1998, who would have been 19 or 20 years old at the time of the incidents.

9.    According to the records received from Maine State Police, Maile appears to have left the country sometime after being arrested for GSA on March 15, 2019. On July 06, 2020, Maile was taken into custody at the Port of Atlanta, Georgia by Customs and Border Protection (CPB). According to state records and Maile's NCIC report, Maile was subsequently convicted of domestic violence assault and unlawful sexual contact, 17-A MRSA (255-A)(1)(C), docket # AROCDCR201940227, Aroostook Criminal Court. Maile was convicted on January 10, 2022, and sentenced to 364-days incarceration for domestic violence assault and 364-days for unlawful sexual contact. Maile's incarceration for domestic violence assault was all suspended and he was placed on two years' probation starting on January 10, 2022.  The felony GSA counts were dismissed. While released on probation, Maile was arrested again for masturbating in a Mardens on November 14, 2022, charged with indecent conduct, and sentenced to 30-days incarceration on December 15, 2022, at which time his probation was revoked and Maile

was sentenced to 9 months incarceration on his suspended domestic violence assault sentence, with credit for time served.

10.     I conducted three interviews of V1 spanning September 25, 2024, through November 05, 2024.  In those interviews, V1 related that when she was 15 years old, sometime in 2021 V1 met Maile online and they began a relationship which progressed to a sexual relationship.  During 2022 and 2023, not including the time period that Maile was incarcerated as described above, and while V1 was 16 years old, Maile would take V1 to stay with him in various hotels and other locations in Massachusetts, New Jersey, New York, and Maine. Maile and V1 would have intercourse during these trips, often outside the state of Maine. V1 reported having a "patchy memory" of what happened while traveling with Maile because she was in a loop where she was "constantly fucked up" and felt out of control.

11.     On July 19, 2023,[1] when V1 was 17 years old, V1 called Washington County 911 dispatch and reported that Maile was threatening her life and threatening to kill himself, that he had been harassing her "badly", and that Maile was traveling to V1's location. V1 said that she was scared for her safety. V1 said that she had ended her relationship with Maile, but Maile continued to harass V1. V1 told me during an interview that Maile had called V1 that day and told her that he was en route to her residence to kill her and to kill himself and to commit suicide by cop. An Police Officer in a Washington County municipality responded to the call and in a report published by the Officer on July 19, 2023, stated that V1 "...had called about her ex-boyfriend making

---

[1] In previous affidavits relating these facts, this date was incorrectly stated as July 13, 2023, due to a typographical error.

threats about coming to her house and killing her. When I arrived to [V1's] house she was waiting for me at her driveway. [V1] showed me the text messages on her phone. He was texting and calling [V1] through a texting and calling app so she could not keep him blocked. She advised that her ex lives in Houlton, Maine. And that he was on his way to her house." The report noted that Maile never arrived at the residence. To my understanding, the matter was not investigated further based on checking with county and local law enforcement agencies.

12.    The last attempted communication known to V1 as of September 30, 2024, was around the same time that Maile attempted to contact V1's family member, CW1, sometime between September 19, 2024, and September 25, 2024, from Facebook account "Jojo Mialo". Maile offered to pay CW1 for sex to "make [V1] jealous and get revenge" on V1. Maile appears to have messaged CW1 from the same account, with an updated username and profile picture, on October 7, 2024, to follow up with CW1 on his request.





13.    On June 28, 2023, and July 19, 2023, CW1 was contacted by an account with username "Giuseppe Mialo" that she believes to belong to Maile because the profile picture depicts Maile. CW1 never saw the messages sent to her from this account because all of the messages CW1 received from this account were removed by Facebook because they were in violation of Facebook's community standards. Maile appears to use "Giuseppe Mialo" as an alias, as demonstrated in the preceding paragraphs. Maile appears to have sent numerous unknown messages to CW1 on June 28, 2023 and July 19, 2023, the same day Maile threatened V1 that he was going to travel to her residence and kill her. CW1 has no relationship to Maile outside of their mutual relationships with V1. CW1 believes the only reason why Maile would contact her is if it was regarding a matter involving V1.

 

14.    On September 27, 2024, pursuant to Administrative Subpoena 994262 served via the Meta Law Enforcement portal on September 24, 2024, Meta/Facebook provided subscriber information and IP logins for Facebook account with unique ID 61565000888242, username "JoJo Mialo", registration date August 31, 2024, registered phone number 207-492-9516.

15.    On November 24, 2024, pursuant to Administrative Subpoena 1003624 and Administrative Subpoena 1008499, served via Snap Law Enforcement Portal on October 30, 2024, and November 19, 2024, Snapchat provided subscriber information and IP logins for eight Snapchat accounts reported by V1 to be accounts from which Maile had been attempting to contact V1. The account with username "gmail00420", display name "Giuseppe Mialo", created on June 7, 2024, was registered to phone number 207-492-9516, the same phone number that was registered to the Facebook account referenced in paragraph 14.  This phone number was further connected to Maile with records received from US Cellular, as described in paragraph 21, below.

16.    The eight Snapchat accounts referenced above are as follows:

- g_m20234047
    i.   Display Name: G M
    ii.  Email Address: jalm07241998@outlook.com
    iii. Account Created: 6/28/2023 16:48:13 UTC
    iv.  Creation IP: 67.247.192.177 [Charter Communications]
    v.   Last Active: 6/28/2023 09:48:13 AM PDT
- gmgm234918
    i.   Display Name: G M
    ii.  Email Address: joseph.maile@snhu.edu

     iii.  Account Created: 6/28/2023 16:54:53 UTC

     iv.  Creation IP: 67.247.192.177 [Charter Communications]

     v.  Last Active: 6/28/2023 09:54:54 AM PDT

- g_m20231964

     i.  Display Name: G M

     ii.  Email Address: stonedgamming@gmail.com

     iii.  Account Created: 6/28/2023 17:01:39 UTC

     iv.  Creation IP: 67.247.192.177 [Charter Communications]

     v.  Last Active: 6/28/2023 10:01:39 AM PDT

- gmgm23677

     i.  Display Name: G M

     ii.  Email Address: smokeweed@gmail.com

     iii.  Account Created: 6/28/2023 17:05:39 UTC

     iv.  Creation IP: 67.247.192.177 [Charter Communications]

     v.  Last Active: 6/28/2023 10:05:40 AM PDT

- gmgm235538

     i.  Display Name: G M

     ii.  Email Address: sexy69@gmail.com

     iii.  Account Created: 6/28/2023 17:10:20 UTC

     iv.  Creation IP: 67.247.192.177 [Charter Communications]

     v.  Last Active: 6/28/2023 10:10:20 AM PDT

- gmialo0420

     i.  Display Name: Giuseppe Mialo

     ii.  Email Address: jalm07241998@outlook.com

   iii.   Phone Number: 207-492-9516

   iv.   Account Created: 6/7/2024 11:01:10 UTC

   v.   Creation IP: 74.78.23.92 [Charter Communications]

   vi.   Last Active: 7/8/2024 08:17:42 PM PDT

   vii.   Most recent IP login: 104.28.57.54 on 9/3/2024 09:09:08 UTC

- gmgm233962

   i.   Display Name: G M

   ii.   Email Address: foreverstoned@yahoo.com

   iii.   Account Created: 6/28/2023 17:07:42 UTC

   iv.   Creation IP: 67.247.192.177 [Charter Communications]

   v.   Last Active: 6/28/2023 10:07:42 AM PDT

- guiseppemialo

   i.   Display Name: Giuseppe Mialo

   ii.   Accounted Created: 06/28/2023

   iii.   Creation IP: 67.247.192.177 [Charter Communications]

   iv.   Email Address: jalm07241998@gmail.com

   v.   Last Active: 06/28/2023

17.    Four of the above Snapchat accounts are registered to an individual associated with email addresses that contain derivations of the Maile's name, initials, and/or date of birth.

18.    On December 1, 2024, the FBI received Charter Communications subscriber information for several IP addresses associated with the Snap accounts described in paragraph 16, above:

- 74.78.23.92 on 6/7/2024 at 11:01:10 UTC;

- 67.247.192.177 on 6/28/2023 at 14:32:51 UTC;

- 67.247.192.177 on 6/28/2023 at 16:48:13 UTC;

- 67.247.192.177 on 6/28/2023 at 16:54:53 UTC;

- 67.247.192.177 on 6/28/2023 at 17:01:39 UTC;

- 67.247.192.177 on 6/28/2023 at 17:05:39 UTC;

- 67.247.192.177 on 6/28/2023 at 17:07:42 UTC;

- 67.247.192.177 on 6/28/2023 at 17:10:20 UTC

19.    The Charter Communications records showed the following subscriber information:

- Subscriber Name: Sophia Maile

- Service Address: 12 Summer St. Presque Isle, ME 04769-2242

- Phone Number: 207-999-9041

- Usernames: JALM1998@SPECTRUM.NET, JALM07241998@OUTLOOK.COM, JALM7241998@GMAIL.COM, JALM07241998@GMAIL.COM

20.    One of the two IP addresses listed above is associated with all eight of the Snapchat accounts previously described. The Charter Communications subscriber, "Sophia Maile", is known to be Maile's sister. Two of the username email addresses registered to the Charter Communications account are associated with Snapchat accounts.

21.    On October 22, 2024, pursuant to Administrative Subpoena 997318, served via email on October 4, 2024, US Cellular provided subscriber information, toll records, and device information for target number 207-492-9516 (associated with the

JoJo Mialo Facebook account and the gmialo0420 Snap account, described above) for the time period July 01, 2021 through October 21, 2024. The most recent subscriber with activation date of May 9, 2024, is the following:

      a.  Name: Giuseppe Mialo

      b.  Address: 12 Summer Street, Presque Isle, Maine

      c.  Status: Active

      d.  Alternate number (home): 207-267-4965

      e.  Email addresses: jalm7241998@icloud.com; jalm07241988@outlook.com

      f.  Equipment: Apple iPhone 15 Pro Max

      g.  IMSI: 311580300820604

      h.  IMEI: 35536428408482

22.    After V1 attempted to break contact with Maile, while V1 was still a minor, Maile appeared to offer V1 thousands of dollars to convince V1 to spend time with him similarly to how they spent time together in the past. Based on an interview of V1, Maile paid V1 in cash and provided V1 with access to his credit card on multiple occasions. V1 said that Maile paid V1 because (1) V1 did not have any money, (2) Maile wanted V1 to "stick around", i.e., continue spending time with him in a manner like what was described in paragraph 10, and (3) because Maile wanted V1 to not talk about their relationship with other people.  According to V1, Maile appeared to repeatedly change his phone number and repeatedly create new social media profiles with which he would repeatedly contact V1, and V1 would repeatedly block Maile and tell him to stop attempting to communicate with her.

23.     V1 sent me three screenshots of text messages that Maile sent to V1 offering V1 money to continue engaging in a sexual relationship. All three of these messages were sent in 2024. The message sent from cellular phone number 207-492-9516, which appears to be registered to Maile based on records detailed above, includes a photo of Maile with a message stating: "Hey beautiful you down to meet up and get spoiled for the summer? How's $3,000.00 sound for a start? [kissing emoji]". According to V1, this message was sent on June 15, 2024, at which time V1 was under the age of 18 years old. Maile sent a second message on June 15, 2024, where Maile appears to communicate that he offered V1 $3,000.00 and then $5,000.00 and both offers were refused by V1. Maile goes on to say, "I remember you being worth a lot less last summer," indicating that Maile paid V1 to engage in a sexual relationship approximately one year prior. V1 was under the age of 18 years old at the time this message was sent. Maile is alleged by V1 to have made a similar offer in a text message sent on April 4, 2024, when V1 was still under the age of 18 years old, as shown in the third text message screenshot below.



24.     On about January 8, 2025, agents executed a search warrant at Maile's home on Summer Street, in Presque Isle.  The search began with a call out procedure announcing the presence of federal agents, and it was several minutes before the occupants came to the door.  The subject phone was not found in the search.  Later that day, Maile's then-girlfriend allowed a voluntary review of her two cellular devices that she had on her person. One appeared to be an older cell phone and the other appeared to be a new iPhone. A cursory review of the new iPhone showed it was an iPhone 16. The phone contained a contact with the name, "JO SEPH AN JA LO LOO IS MAILE [HEART] JOJO [HEART]" appearing above the name, "Mr. Giuseppe Angelo Louis Mialo". The contact photo appeared to be Maile and the contact card was shared by "Jojo" (Note: Maile is known to use the name "Jojo" as an alias). A mobile number associated with this contact was 207-492-9516, the phone agents were looking for.  Cell

location records were later collected for number 207-492-9516. These records indicated that the subject phone was present at or in the vicinity of 12 Summer Street until after the call out procedure started, but no connections were made by that phone after. From this I conclude that the phone was hidden or destroyed to avoid seizure.

***Execution of Snap Inc. Search Warrant and Associated Victim Interviews***

25.    A Federal Search Warrant issued January 07, 2025, and executed on Snap Inc. resulted in the collection of additional communications between the gmailo0420 account and other user accounts associates with users who identified themselves as minors and users who identified themselves as adults. Some of these communications provided further corroboration of Maile's use of the account by including Maile's picture, voice, and personal details. Some of the communications also used language and propositions similar to those used by Maile in his communications with V1, described above.

### Count 1

26.    The Federal Search Warrant issued January 07, 2025, and executed on Snap Inc. contained a conversation between usernames "gmailo0420" and [V2 USERNAME (UN)][2] that appears to have taken place between June 20, 2024, and June 23, 2024. Subscriber information obtained from subpoena returns, records checks, open-source data, and local law enforcement contacts indicated Snapchat username "[V2 UN]" is associated with a minor female born in 2010 from a state in the Southeastern United States.

---

[2] Usernames and location of victims are known to the affiant but have been anonymized in this affidavit to protect the identity of minors and victims.

27.    On February 20, 2025, V2, her mother, and her brother were interviewed by FBI Special Agents. V2's mother verified V2's name and date of birth. V2 said she did not remember the Snapchat conversation between she and Maile, that she was no longer using the Snapchat account "[V2 UN]" at the time the referenced Snapchat conversation occurred, and that there have been no accounts trying to solicit sexually explicit content from her or trying to meet in person. However, V2 identified a photo of herself that was sent to the "[V2 UN]" Snapchat account by Maile on Snapchat. V2 also identified her own voice in a media file that was sent from Snapchat account "[V2 UN]" to gmialo0420 during the referenced conversation.

28.    Moreover, V2's 19-year-old brother, who was also interviewed by one of the FBI agents referenced above on the same day, recalled arguing with a male around June of 2024 that was trying to meet his sister in person. V2's brother said that V2 made it clear that she was a minor, but the male did not care. An audio file of Maile's voice that was sent to the "[V2 UN]" Snapchat account in response to the referenced voice message that V2 identified as her own voice was played for V2's brother by one of the agents. V2's brother recognized the voice as the male he argued with. V2's brother said the male cursed at him and his sister and told them he would "fucking kill y'all." Whenever his sister told the male she was 14-year-old, the male replied, "I don't give a damn" or "I don't give a fuck." V2's brother only spoke with the male during that argument and never spoke to him again. V2's brother was shown chat messages between two Snapchat usernames, but he did not recognize the conversation. V2's brother only spoke to the male and never saw any pictures or faces.

29.    In the referenced Snapchat conversation, the gmialo0420 user offers V2 money to meet in person. Based on the context of the conversation, it appears

gmialoo42o was asking to pay V2 to engage in sex acts with him in person. After V2 tells gmialoo42o "no" and that she is "only 14" years old, gmialoo42o appears to ask V2 again to meet up for $1,000. An audio file was then sent form V2 to gmialoo42o where V2 said the following: "I'm not meeting up with you. I'm only 14 years old. I'm not meeting up with you." gmialoo42o responded to V2 by sending an audio file of his voice that said, "Why not you little slut? You don't want money?" gmialoo42o then appears to offer "[V2 UN]" $1,500 for sex. I recognize the audio recording sent to V2 by gmialoo42o to be Maile's voice based on meeting Maile in person and seeing and hearing multiple other video/audio recordings of Maile's voice. The following is an excerpt of the data received from Snap:

| timestamp | sender username | recipient username | text |
|---|---|---|---|
| Thu Jun 20 00:31:02 UTC 2024 | gmialoo42o | [V2 UN] | You down to meet up for $1,000? [sent with media file containing a picture of "[V2 UN]"] |
| Thu Jun 20 00:31:48 UTC 2024 | [V2 UN] | gmialoo42o | u gon send the money first ? |
| Thu Jun 20 00:43:05 UTC 2024 | gmialoo42o | [V2 UN] | You must be new to the industry but yeah you get the money first cash in hand before we do anything. You available Sunday? |
| Thu Jun 20 00:43:24 UTC 2024 | [V2 UN] | gmialoo42o | u don't have cashapp ? |

| Thu Jun 20 00:45:05 UTC 2024 | gmialoo420 | [V2 UN] | I do and I do not mind sending you the money on cashapp if you prefer but that's in person face to face. That's why I say cash it's better seeing cash in such circumstances. |
|---|---|---|---|
| Thu Jun 20 00:54:28 UTC 2024 | gmialoo420 | [V2 UN] | That tight little pussy is better though 😋 [sent with media file containing a picture of "[V2 UN]"] |
| Fri Jun 21 10:12:12 UTC 2024 | gmialoo420 | [V2 UN] | Want $1,000 or no? [sent with media file containing picture of "[V2 UN]"] |
| Sun Jun 23 03:24:42 UTC 2024 | gmialoo420 | [V2 UN] | I'm cumming on your thighs [sent with media file containing picture of "[V2 UN]"] |
| Sun Jun 23 19:53:44 UTC 2024 | gmialoo420 | [V2 UN] | You down to meet up for $1,000? [sent with media file containing picture of "[V2 UN]"] |
| Sun Jun 23 19:55:04 UTC 2024 | [V2 UN] | gmialoo420 | no |
| Sun Jun 23 19:55:11 UTC 2024 | [V2 UN] | gmialoo420 | bro wtf im only 14 |
| Sun Jun 23 19:55:33 UTC 2024 | gmialoo420 | [V2 UN] | How much you want to meet up $1,000? |
| Sun Jun 23 19:55:51 UTC 2024 | [V2 UN] | gmialoo420 | [sent media audio file where "[V2 UN]" said: "I'm not meeting up with you. I'm only 14 years old. I'm not meeting up with you."] |

| Sun Jun 23 19:57:12 UTC 2024 | gmialoo420 | [V2 UN] | [sent media audio file where "gmailoo420" said: "Why not you little slut? You don't want money?"] |
|---|---|---|---|
| Sun Jun 23 19:57:30 UTC 2024 | [V2 UN] | gmialoo420 | im not no fucking slut bitch |
| Sun Jun 23 19:57:59 UTC 2024 | gmialoo420 | [V2 UN] | Yes you are that's why you're advertising yourself all over Snapchat. I'll give you $1,500 for some fun okay? 😌 |

## Count 2

30.    The Federal Search Warrant issued January 07, 2025, and executed on Snap Inc. also contained a conversation between usernames "gmailoo420" and "[V3 UN]" that appears to have taken place on July 01, 2024. Subscriber information obtained from subpoena returns, records checks, open-source data, and local law enforcement contacts indicated Snapchat username "[V3 UN]" is associated with a minor female born in 2009 from a different state in the Southeastern United States (V3).

31.    An Apple subpoena return for an email address associated with the Snapchat account "[V3 UN]" showed subscriber data matching the name of the identified minor victim. Accurint queries and open-source data identified what appeared to be V3's mother. I contacted an Officer from a Police Department in Arkansas that appeared to be near V3's possible mother's location and confirmed the name and date of birth of V3, along with the name and phone number of V3's mother. The officer also called V3's mother telephonically and informed her of the incident

involving Maile and her daughter, and that the FBI would be contacting her in the near future regarding this matter.

32.    On February 28, 2025, V3 and her parents were interviewed by FBI Special Agent Palmer Allen.  SA Allen confirmed that V3 is a minor.  V3 confirmed the Snapchat username used in the referenced conversation with Maile and confirmed that it was her username during the timeframe in question (i.e., July 2024).  However, V3 stated she did not recall messaging with an individual nameed "gmailoo420", and did not specifically remember sending or receiving pictures with Maile.

33.    In the Snapchat conversation below, based on the context of the conversation, the gmialoo420 user appears to repeatedly offer V3 money to meet in person and engage in sex acts, to which V3 responded by appearing to inform the gmialoo420 user that she was 11 years old. The gmialoo420 user offers V3 money to meet in person after learning that V3 was 11 years old. The gmialoo420 user then told V3 to "make daddy cum and show me that tight little pussy and cute ass," to which V3 said again that she 11 years old. Maile responded again saying, "…Make daddy cum and show me that pretty face."  The relevant excerpt from Snap records is as follows:

| timestamp | sender username | recipient username | text |
|---|---|---|---|
| Mon Jul 01 17:03:53 UTC 2024 | gmialoo420 | [V3 UN] | [Media file sent containing a picture of the subject's face with a banner that reads: "Hey what's something you're looking forward to this summer? Maybe we could enjoy it together. You down to get spoiled and enjoy the summer? [silly emoji]"] |
| Mon Jul 01 19:50:34 UTC 2024 | gmialoo420 | [V3 UN] | You down to meet up for $300? 😏 |

| Mon Jul 01 19:51:52 UTC 2024 | [V3 UN] | gmialoo420 | Nah |
|---|---|---|---|
| Mon Jul 01 19:52:22 UTC 2024 | gmialoo420 | [V3 UN] | I may do $500 or $1,000 depending on how pretty you are and your age. Let me see you. 😏 |
| Mon Jul 01 19:52:34 UTC 2024 | [V3 UN] | gmialoo420 | I'm 11 |
| Mon Jul 01 19:53:22 UTC 2024 | gmialoo420 | [V3 UN] | Let me see you I may meet up for $2,000 if you're down and pretty enough. 😏 |
| Mon Jul 01 19:55:10 UTC 2024 | [V3 UN] | gmialoo420 | Bro IM 11 your gonna catch a case you ugly musty ass hoe |
| Mon Jul 01 21:57:30 UTC 2024 | gmialoo420 | [V3 UN] | You know I'm better looking than any man you'll ever get. All you'll ever find is abuse and pain little slut. Now make daddy cum and show me that tight little pussy and cute ass. 😏 |
| Mon Jul 01 21:59:01 UTC 2024 | [V3 UN] | gmialoo420 | Wigga I'm 11. |
| Mon Jul 01 22:01:50 UTC 2024 | gmialoo420 | [V3 UN] | I'm not a nigger. Make daddy cum and show me that pretty face. 😁 |
| Mon Jul 01 22:01:53 UTC 2024 | gmialoo420 | [V3 UN] | 😩😏 |

## Similar Contemporaneous Conduct

34.    The Federal Search Warrant issued January 07, 2025, and executed on

Snap Inc. also contained a conversation between usernames "gmialoo420" and "[V4

UN]" that appears to have taken place between June 09, 2024 and July 01, 2024. Subscriber information obtained from subpoena returns, records checks, open-source data, and local law enforcement contacts indicated Snapchat username "[V4 UN]" is associated with a minor female born in 2010 from California (V4).

35.     Subpoena records form the "[V4 UN]" Snapchat account led to the identification of an email address that appeared to contain a first and last name. An Accurint query of that email address showed an association with an adult female based out of California and Oklahoma, and what appeared to be her significant other who was based out of Oklahoma. On February 11, 2025, an Officer at the local County Sheriff's Department confirmed the identities of the adult couple, and the fact that they had three children, one of whom was a 14-year-old female. The Officer also noted that the adult female recently moved to California and the adult male was in Oklahoma, and provided a phone number.

36.     On February 18, 2025, I called that phone number and spoke with the father of the 14-year-old female. He confirmed that the 14-year-old female uses Snapchat, and that the 14-year-old female is living with her mother.

37.     In the Snapchat conversation below, after V4 tells the gmial00420 user that she was 9 years old, the gmial00420 user appears to send V4 a picture of his erect penis with an overlaid banner that read, "Watch me cum? [kissing emoji]".  After V4 stated she was 9 years old, the gmial00420 use also states: "Hehe you love my fat cock baby girl. Let me see your pretty tiny little body." The gmial00420 user also offered V4 $2,000.00 and then $5,000.00 to "meet up," and asked V4 if he could masturbate while on a video call with V4.  V4 then stated that she was 13 years old, saying that she tells people she meets online that she is 9 years old when they appear to be pedophiles. Maile

also appears to have sent a photo of himself to V4 with a banner that read, "Oh sweet

that's cool you down to meet up and get spoiled over the summer? [kissing emoji]".

| timestamp | sender username | recipient username | text |
|---|---|---|---|
| Sun Jun 30 20:34:47 UTC 2024 | [V4 UN] | gmialoo420 | I'm 9 years old |
| Sun Jun 30 21:16:58 UTC 2024 | gmialoo420 | [V4 UN] | [Media file sent containing a picture of what appears to be Joseph Maile with a caption that reads: "Oh sweet that's cool you down to meet up and get spoiled over the summer? [kissing emoji]"] |
| Sun Jun 30 21:42:20 UTC 2024 | [V4 UN] | gmialoo420 | Wtf |
| Mon Jul 01 00:30:09 UTC 2024 | gmialoo420 | [V4 UN] | [Media file sent containing an image of an erect penis with a banner that reads "Watch me cum? [kissing emoji]"] |
| Mon Jul 01 14:39:15 UTC 2024 | gmialoo420 | [V4 UN] | How'd you like it? 😋 |
| Mon Jul 01 15:46:23 UTC 2024 | [V4 UN] | gmialoo420 | Im reporting u to pedophilia |
| Mon Jul 01 17:06:08 UTC 2024 | gmialoo420 | [V4 UN] | Hehe you love my fat cock baby girl. Let me see your pretty tiny little body? 😋 |
| Mon Jul 01 17:06:25 UTC 2024 | [V4 UN] | gmialoo420 | No |

| Mon Jul 01 17:06:58 UTC 2024 | gmialoo420 | [V4 UN] | You down to meet up for $2,000? |
| Mon Jul 01 17:07:55 UTC 2024 | gmialoo420 | [V4 UN] | Oh baby girl I'm at work. I can call you tonight when I finish at 8PM okay? 😊 |
| Mon Jul 01 17:10:12 UTC 2024 | gmialoo420 | [V4 UN] | Tonight we can video call and you can watch me cum all over my pretty little girl okay? 😊 |
| Mon Jul 01 17:11:20 UTC 2024 | [V4 UN] | gmialoo420 | No |
| Mon Jul 01 17:12:14 UTC 2024 | gmialoo420 | [V4 UN] | Why not baby girl? You down to meet up for $2,000 cash? |
| Mon Jul 01 17:19:36 UTC 2024 | gmialoo420 | [V4 UN] | Let daddy see you. Maybe I'll make it more money for you. |
| Mon Jul 01 17:20:13 UTC 2024 | [V4 UN] | gmialoo420 | [Media file sent containing an image of what appears to be a selfie of a young female wearing glasses and a white hoodie sweatshirt.] |
| Mon Jul 01 17:23:17 UTC 2024 | gmialoo420 | [V4 UN] | Mmm damn baby girl you're absolutely gorgeous. I'm down to meet up just tell me how much you want to meet up and have fun with me? 😊 |
| Mon Jul 01 18:09:38 UTC 2024 | [V4 UN] | gmialoo420 | Never |
| Mon Jul 01 19:29:58 UTC 2024 | gmialoo420 | [V4 UN] | What about for $5,000 cash? |

| Mon Jul 01 19:30:04 UTC 2024 | [V4 UN] | gmialoo420 | Nope |
|---|---|---|---|
| Mon Jul 01 19:30:07 UTC 2024 | [V4 UN] | gmialoo420 | Never |
| Mon Jul 01 19:30:15 UTC 2024 | gmialoo420 | [V4 UN] | Oh yeah and why is that baby girl? 🙄 |
| Mon Jul 01 19:30:29 UTC 2024 | [V4 UN] | gmialoo420 | Because I'm a minor |
| Mon Jul 01 19:31:40 UTC 2024 | gmialoo420 | [V4 UN] | That's why you don't want $5,000? Wouldn't you want $5,000 more since you can't work? Not very logical what you're saying at all. |
| Mon Jul 01 19:31:56 UTC 2024 | [V4 UN] | gmialoo420 | I'm 13 |
| Mon Jul 01 19:32:05 UTC 2024 | [V4 UN] | gmialoo420 | Brooo ur like 39 |
| Mon Jul 01 19:32:57 UTC 2024 | [V4 UN] | gmialoo420 | Can u pls stop |
| Mon Jul 01 19:33:04 UTC 2024 | gmialoo420 | [V4 UN] | You said you're 9 so make up your likes kid haha. |
| Mon Jul 01 19:33:13 UTC 2024 | gmialoo420 | [V4 UN] | Lies |
| Mon Jul 01 19:33:24 UTC 2024 | [V4 UN] | gmialoo420 | I'm actually 13 i just say 9 to pedos |

| Mon Jul 01 19:33:42 UTC 2024 | gmialo0420 | [V4 UN] | I am 25 you think you could handle my fat cock inside you? |
|---|---|---|---|
| Mon Jul 01 19:33:56 UTC 2024 | [V4 UN] | gmialo0420 | Bro |
| Mon Jul 01 19:34:03 UTC 2024 | [V4 UN] | gmialo0420 | I'ma call the cops |
| Mon Jul 01 19:35:46 UTC 2024 | gmialo0420 | [V4 UN] | Call me instead on video when I get done work at 8PM and you can watch me cum on a little girl's face okay? 😊 |
| Mon Jul 01 19:35:59 UTC 2024 | [V4 UN] | gmialo0420 | No |

### Count 3

38.     The Federal Search Warrant issued January 07, 2025, and executed on Snap Inc. contained a conversation between usernames "gmailo0420" and "[V5 UN]" that appears to have taken place between June 12, 2024, and July 04, 2024. Subscriber information obtained from subpoena returns, records checks, open-source data, and local law enforcement contacts indicated Snapchat username "[V5 UN]" is associated with an adult female born in 1995 from the greater Bangor area in Maine (V5).

39.     An excerpt from extensive communications that took place between Maile and V5 is included below, broken into two sections. The first section shows that Maile was aware of the ages of V5's daughters, who were 4 and 8 years old, while repeatedly discussing engaging in a sexual relationship with V5 and her daughters (V6 and V7).

The second section shows Maile appearing to repeatedly offer V5 money to engage in sex acts with V5 and her daughters (V6 and V7).

40.    I conducted a voluntary, overtly recorded interview of V5 in person with FBI Special Agent Jose Rodriguez-Aguilar on February 19, 2025, during which V5 confirmed the below Snapchat conversation took place between she and Maile. V5 did not know Maile's true name, but immediately recognized his Snapchat username, gmialo0420, and one of the photos that Maile sent her of himself on Snapchat. V5 confirmed that she believed Maile was trying to pay her to engage in a sexual relationship with her oldest daughter (born in 2016), who she believed was 7 years old at the time, and possibly with her youngest daughter as well (born in 2019), who was approximately 4 years old at the time. V5 said she was threatened by Maile on multiple occasions because she would not provide Maile with photos or videos of her daughter, noting that Maile said he would hurt V5 if he ever saw her in person. Maile also told V5 to not report him to the police. V5 felt concerned for her safety until she and her children moved to a new residence/location.

41.    During the interview, V5 also said that Maile video called her on Snapchat while he was watching what appeared to be child pornography on a laptop screen. V5 described the video Maile was watching as depicting a "really young" female in a pornographic video that made V5 very uncomfortable. According to V5, the video depicted what appeared to be a prepubescent female 13 years old or younger and one or two adult males engaging in oral and vaginal intercourse with the minor female.

| timestamp | sender username | recipient username | text |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| Sat Jun 15 15:57:42 UTC 2024 | gmialo0420 | [V5 UN] | What if your daughters saw me cum in your face and came over to lick the cum off of my dick and have a taste for themselves? 😌 |
| Sat Jun 15 16:01:25 UTC 2024 | [V5 UN] | gmialo0420 | Why are you thinking that way for |
| Sat Jun 15 16:04:45 UTC 2024 | gmialo0420 | [V5 UN] | I was just thinking how it would be like exciting if they caught us it'd be like so naughty you know? So it just got me turned on and thinking how hot it would be if they enjoyed seeing my cock and were to come join you in sucking and playing with my cock along with their mommy hehe. That'd be so hot and fun and naughty huh? 😛😌 |
| Sat Jun 15 16:06:38 UTC 2024 | [V5 UN] | gmialo0420 | My girls only 8 and 4 |
| Sat Jun 15 16:10:47 UTC 2024 | gmialo0420 | [V5 UN] | Oh wow they look older. That's fine though that'd be so naughty and hot don't you think? They'd love the attention and pleasure from me and mommy wouldn't they? 😛 |
| Sat Jun 15 16:11:09 UTC 2024 | [V5 UN] | gmialo0420 | Umm no |
| Sat Jun 15 16:11:25 UTC 2024 | [V5 UN] | gmialo0420 | They will likes toys and clothes and shoes |

| | | | |
|---|---|---|---|
| Sat Jun 15 16:12:53 UTC 2024 | gmialo0420 | [V5 UN] | Well yes of course they will. I want to spoil you and them both. It'll be lovely to get them some toys and clothes. I just mean that they'd love the attention and pleasure from my fat cock also hehe. 😊 |
| Sat Jun 15 16:13:49 UTC 2024 | [V5 UN] | gmialo0420 | No not happening |
| Sat Jun 15 16:16:07 UTC 2024 | gmialo0420 | [V5 UN] | That is fine sweetie. You and I will just have fun. I just wish I could cum on their pretty little faces you know? 😊 |
| Sat Jun 15 16:16:27 UTC 2024 | [V5 UN] | gmialo0420 | Ummm not ever happening |
| Sat Jun 15 16:18:08 UTC 2024 | gmialo0420 | [V5 UN] | That is okay sweetie. Want to watch me cum? Hehe. 😊 |
| Sat Jun 15 16:26:44 UTC 2024 | [V5 UN] | gmialo0420 | You go send me videos |
| Sat Jun 15 16:28:29 UTC 2024 | gmialo0420 | [V5 UN] | Mmm hot I'd love too. I just want you to watch this porn video with me real quick is that okay for me to video call and show you real quick? I'll be quick and quiet I promise. 😊 |
| Sat Jun 15 16:29:20 UTC 2024 | [V5 UN] | gmialo0420 | I'm by my youngest daughter |
| Sat Jun 15 16:33:40 UTC 2024 | gmialo0420 | [V5 UN] | That's okay sweetie you can let me see her and she can watch with you or you can just not show her hehe. Ready? 😊 |

| Sat Jun 15 16:38:13 UTC 2024 | [V5 UN] | gmialoo420 | If you don't stop talk that way about my kids you go turn me off |
|---|---|---|---|
| Sat Jun 15 16:52:24 UTC 2024 | gmialoo420 | [V5 UN] | Oh I'm sorry baby. I will are you down to watch me cum? 🤭 |
| Sat Jun 15 16:53:02 UTC 2024 | [V5 UN] | gmialoo420 | You can send me videos |
| Sat Jun 15 16:54:15 UTC 2024 | gmialoo420 | [V5 UN] | Mmm I'd love to and I will. May you just watch this porn video with me real quick? I want to video call and let you watch with me for just a moment okay? I'll be quick and quite still hehe. 🤭 |
| Sat Jun 15 16:55:03 UTC 2024 | [V5 UN] | gmialoo420 | Why |
| Sat Jun 15 16:56:29 UTC 2024 | gmialoo420 | [V5 UN] | Well because it's so hot. You'll love it but I just want you to watch with me for a moment so I can see your pretty face while we watch together hehe. 🤭 |
| Sat Jun 15 17:00:39 UTC 2024 | [V5 UN] | gmialoo420 | I don't get why |
| Sat Jun 15 17:02:06 UTC 2024 | gmialoo420 | [V5 UN] | It's too naughty so that's why I must call hehe. |
| Sat Jun 15 17:03:00 UTC 2024 | gmialoo420 | [V5 UN] | So fucking hot huh? 🤭 |
| Sat Jun 15 17:03:21 UTC 2024 | [V5 UN] | gmialoo420 | That is turn off |

| Sat Jun 15 17:03:38 UTC 2024 | gmialoo420 | [V5 UN] | Just watch me cum? |
|---|---|---|---|
| Sat Jun 15 17:03:50 UTC 2024 | gmialoo420 | [V5 UN] | 😣 |
| Sat Jun 15 17:11:11 UTC 2024 | [V5 UN] | gmialoo420 | Right now I'm turn off |
| Sat Jun 15 17:13:52 UTC 2024 | gmialoo420 | [V5 UN] | I'm sorry baby girl. I'll turn you on. We have some kinks that are similar. Just think about me kissing and caressing you. 😣 |
| Sat Jun 15 17:16:02 UTC 2024 | [V5 UN] | gmialoo420 | You got be better then that |
| Sat Jun 15 17:19:52 UTC 2024 | gmialoo420 | [V5 UN] | I will. Think about me biting your neck and gently rubbing your clit as I stroke my cock in front of you hehe. |
| Sat Jun 15 17:31:05 UTC 2024 | [V5 UN] | gmialoo420 | That getting better |
| Sat Jun 15 17:37:00 UTC 2024 | gmialoo420 | [V5 UN] | Hehe now just think about me spreading your legs and gently sliding my fat cock deep inside of you hehe. |
| Sat Jun 15 17:41:56 UTC 2024 | [V5 UN] | gmialoo420 | [Media file sent containing a photo of V5's breasts.] |
| Sat Jun 15 17:42:57 UTC 2024 | gmialoo420 | [V5 UN] | [Media file sent containing a photo of Maile with a banner that reads: "Mmm hot. I'm going to cum on those titties hehe."] |

| Sat Jun 15 17:46:25 UTC 2024 | [V5 UN] | gmialo0420 | Do you have a thing with young kids |
| --- | --- | --- | --- |
| Sat Jun 15 17:47:42 UTC 2024 | gmialo0420 | [V5 UN] | Never been with one why have you? I'd be down to try it out maybe but no I don't have a thing never been with one so no I can't say that I do. I'd have to get with one of your daughters to find out and know for sure. What about you? 😉 |
| Sat Jun 15 17:51:22 UTC 2024 | [V5 UN] | gmialo0420 | Ummm not go happen |
| Sat Jun 15 17:51:34 UTC 2024 | [V5 UN] | gmialo0420 | Only why I ask because of the video you was watch |
| Sat Jun 15 17:58:36 UTC 2024 | [V5 UN] | gmialo0420 | [Media file sent containing a photo of V5's breasts.] |
| Sat Jun 15 18:00:02 UTC 2024 | gmialo0420 | [V5 UN] | Mmm fuck I love your tits and that's okay sweetie. I wish you would've watched with me so you could see me cum hehe. Yeah I'm not sure never been with a little girl. I'm down though if your daughter is. That's up to her to decide just let me know. I'd love to pound your little pussy though and titty fuck you hehe. |
| Sat Jun 15 18:02:06 UTC 2024 | [V5 UN] | gmialo0420 | Enough about my daughter |
| **BREAK** | | | |
| **timestamp** | **sender username** | **recipient username** | **text** |

| Sat Jun 29 10:44:21 UTC 2024 | gmialo0420 | [V5 UN] | [Media file sent containing a photo of Maile with a banner that reads: "Hey what's something you're looking forward to this summer? Maybe we could enjoy it together. You down to get spoiled and enjoy the summer? [winking emoji]"] |
|---|---|---|---|
| Sat Jun 29 18:30:42 UTC 2024 | gmialo0420 | [V5 UN] | You down to meet up for $300? 🥴🫦 |
| Sat Jun 29 22:27:11 UTC 2024 | [V5 UN] | gmialo0420 | [Media file sent containing a photo of V5] |
| Sat Jun 29 22:27:45 UTC 2024 | [V5 UN] | gmialo0420 | [Media file sent containing a photo of V5's breasts] |
| Sat Jun 29 22:28:29 UTC 2024 | gmialo0420 | [V5 UN] | [Media file sent containing a photo of Maile with a banner that reads: "Sexy. You down to meet up for #300? [kissing emoji]"] |
| Sat Jun 29 22:32:46 UTC 2024 | [V5 UN] | gmialo0420 | When |
| Sat Jun 29 22:33:43 UTC 2024 | gmialo0420 | [V5 UN] | Saturday. How much for another to join us? Would you bring another girl with you and let them have fun with us also? What about for $1,200? |
| Sat Jun 29 22:35:30 UTC 2024 | [V5 UN] | gmialo0420 | I don't have any friends |
| Sat Jun 29 23:19:07 UTC 2024 | gmialo0420 | [V5 UN] | Well what about your daughter. If she joins I'll give you $1,500 okay? |

| | | | |
|---|---|---|---|
| Sun Jun 30 00:44:05 UTC 2024 | [V5 UN] | gmialoo420 | Did I told you to stop with my daughters |
| Sun Jun 30 00:44:27 UTC 2024 | gmialoo420 | [V5 UN] | I thought that you just wanted more money. How much? 🙄 |
| Sun Jun 30 00:44:35 UTC 2024 | gmialoo420 | [V5 UN] | Watch me cum? |
| Sun Jun 30 00:46:51 UTC 2024 | gmialoo420 | [V5 UN] | Can you watch me cum please? 🙄 |
| Sun Jun 30 00:52:02 UTC 2024 | [V5 UN] | gmialoo420 | [Media file sent containing a photo of V5.] |
| Sun Jun 30 00:52:37 UTC 2024 | gmialoo420 | [V5 UN] | Mmm sexy. Watch me hehe. |
| Sun Jun 30 16:05:25 UTC 2024 | gmialoo420 | [V5 UN] | You down to meet up for $2,000? |
| Sun Jun 30 16:47:48 UTC 2024 | [V5 UN] | gmialoo420 | When |
| Sun Jun 30 19:19:04 UTC 2024 | [V5 UN] | gmialoo420 | [Media file sent containing a photo of V5.] |
| Tue Jul 02 16:48:38 UTC 2024 | gmialoo420 | [V5 UN] | You down to meet up with your daughter for $2,000? |

42.    Based on the foregoing, I have probable cause to believe and do believe that Joseph Maile violated 18 U.S.C. § 1591 and 1594 by attempting the sex trafficking of

a minor and soliciting a commercial sex act with a minor, and violated 18 U.S.C. § 2422(b) by enticing and attempting to entice a minor to engage in the production of child pornography.

Respectfully submitted,

CRAIG MEHRMANN

Digitally signed by CRAIG MEHRMANN
Date: 2025.04.29 10:20:30 -04'00'

Craig S. Mehrmann
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Apr 29 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge

Printed name and title